IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR WEEKS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendant. | Case No.: 1:13-cv-01641 AWI JLT<br><br>ORDER TO PLAINTIFF'S COUNSEL TO SHOW CAUSE WHY SANCTIONS, UP TO AND INCLUDING DISMISSAL,SHOULD NOT BE ISSUED FOR FAILURE TO COMPLY WITH THE COURT'S ORDERS AND FOR PLAINTIFF'S FAILURE TO PROSECUTE THE ACTION |

   This matter was initiated in this Court on October 10, 2013 when Plaintiff filed his complaint for damages alleging that he suffered from unlawful discrimination by Defendant. (Doc. 1) Plaintiff brings his claims under the Americans with Disabilities Act, the Fair Employment and Housing Act and California's Labor Code. Id.

   On January 23, 2014, the Court issued its scheduling conference order. (Doc. 11) In it, the Court ordered the parties to exchange their initial disclosures no later than February 14, 2014. Id. at 3. Moreover, the Court set a mid-discovery status conference to occur on June 2, 2014. Id. at 4. Counsel were ordered to file a joint statement describing the discovery efforts made to date in the case. Id. Nevertheless, Plaintiff's counsel failed to cooperate in the filing of the report and, the report detailed only Defendant's efforts. (Doc. 15 at 2)

   At the hearing, counsel for Plaintiff indicated that due to the attorney who had been handling the matter leaving the firm 60 days before, no discovery has been conducted on

Plaintiff's behalf.  Moreover, Plaintiff had failed to respond to discovery propounded by Defendant in a timely fashion.  At the conclusion of the hearing, the Court was concerned about Plaintiff's failure to conduct discovery, the Court set a further status conference to occur on August 22, 2014.  Due to the failure of Plaintiff's counsel to cooperate with the preparation of the previous joint statement, the Court explicitly ordered counsel to file a <u>joint</u> status conference report.

Nevertheless, once again, Plaintiff's counsel failed to cooperate in the preparation of the status conference report and, once again, the Court was provided no indication that Plaintiff has engaged in *any* discovery.  (Doc. 17)  Further, Defendant reports that Plaintiff still has not made his initial disclosures that were due more than six months ago.   <u>Id</u>. at 6.   Therefore, because it appears that Plaintiff's counsel has repeatedly failed to comply with the Court's orders and, it appears, Plaintiff has failed to prosecute this action, the Court **ORDERS**:

1.  No later than September 5, 2014, Plaintiff's counsel **SHALL** show cause in writing why sanctions, up to and including an order of dismissal, should not issue for his failure to comply with the Court's orders and Plaintiff's failure to prosecute this action;

2.  In light of the information provided that Defendant is taking reasonable efforts to complete its discovery efforts in a timely fashion as required, the status conference, currently set on August 22, 2014 is **VACATED**.

IT IS SO ORDERED.

   Dated:   **August 19, 2014**                          /s/ Jennifer L. Thurston
                                                                            UNITED STATES MAGISTRATE JUDGE