1  William J. Smith, CA Bar No. 056116
   wsmith@wjslawoffice.com
2  SMITH JOHNSON, INC.
   5588 N. Palm Ave
3  Fresno, CA 93704
   Telephone:    559.432.0986
4  Facsimile:    559.432.0988

5  Attorneys for Plaintiff,
   TREVOR WEEKS
6

7  Charles L. Thompson, IV, CA Bar No. 139927
   charles.thompson@ogletreedeakins.com
8  Jill V. Cartwright, CA Bar No. 260519
   jill.cartwright@ogletreedeakins.com
9  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
10 One Market Plaza
   San Francisco, CA  94105
11 Telephone:    415.442.4810
   Facsimile:    415.442.4870
12
   Attorneys for Defendant
13 UNION PACIFIC RAILROAD COMPANY

14
                    **UNITED STATES DISTRICT COURT**
15
                    **EASTERN DISTRICT OF CALIFORNIA**
16

17
| TREVOR WEEKS | Case No. 13-cv-01641-AWI-JLT |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER** |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation | |
| Defendant. | Complaint Filed:  October 10, 2013<br>Trial Date:         August 4, 2015 |

Case No. 13-cv-01641-AWI-JLT
STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER

1    Plaintiff Trevor Weeks and Defendant Union Pacific Railroad Company submit the
2 following stipulation to modify the Court's pretrial Scheduling Order.  (Doc. No. 11).
3    On January 23, 2014, the Court issued a Scheduling Order with deadlines for non-expert
4 and expert discovery.  (Doc. No. 11).  Due to health concerns of Plaintiff's counsel, the parties
5 have been delayed in discovery regarding the facts in this action. The parties have been unable to
6 schedule depositions in this case that are critical to determining whether this case can be disposed
7 of either through mediation or summary judgment. The deadline to complete non-expert discovery
8 is October 31, 2014, and the parties have been unable to take depositions yet.  The parties will be
9 prejudiced if they are unable to take depositions in this case.  The parties are meeting and
10 conferring about deposition dates in October and November 2014.
11    The parties request the following modifications to the pretrial Scheduling Order:
12    <u>Non-expert discovery</u> continued from October 31, 2014 to **December 31, 2014**
13    <u>Expert Discovery</u> continued from January 12, 2015 to **April 30, 2015**
14    These changes do not affect the trial date, or any other pretrial deadlines, such as the
15 settlement conference and summary judgment deadlines.  The parties have not made any prior
16 requests to modify the pretrial schedule order.

17

18 DATED**:** October 8, 2014        SMITH JOHNSON, INC.

19                        By:   /s/ *William J. Smith* (as authorized on 10/8/14)
20                              William J. Smith

21                        Attorneys for Plaintiff
                           TREVOR WEEKS
22

23 DATED:  October 8, 2014        OGLETREE, DEAKINS, NASH, SMOAK &
                              STEWART, P.C.
24

25                        By:   /s/ *Jill V. Cartwright*
26                              Charles L. Thompson, IV
                              Jill V. Cartwright
27
                           Attorneys for Defendant
28                         UNION PACIFIC RAILROAD COMPANY

                                        1        Case No. 13-cv-01641-AWI-JLT
            STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER

**ORDER**

Before the Court is the stipulation of counsel to extend the deadlines related to non-expert and expert discovery. (Doc. 21) The Court is aware of the difficulties of Plaintiff's counsel in recent months (Docs. 18, 19, 20) and, based thereon, will **GRANT** the stipulation. The scheduling order is amended as follows:

1. All non-expert discovery SHALL be completed no later than **December 31, 2015**;
2. All expert discovery SHALL be completed no later than **April 30, 2015**;

<u>No other</u> deadlines set forth in the scheduling order are authorized to be amended. **<u>Further, counsel are advised that no further requests to modify the scheduling order will be entertained absent a showing of exceptional good caused.</u>** They are urged in the strongest of terms to complete the needed discovery as soon as possible.

IT IS SO ORDERED.

Dated:   **October 8, 2014**                    **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE