Charles L. Thompson, IV, CA Bar No. 139927
charles.thompson@ogletreedeakins.com
Jill V. Cartwright, CA Bar No. 260519
jill.cartwright@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR WEEKS | Case No. 13-cv-01641-AWI-JLT |
| Plaintiff, | **DEFENDANT UNION PACIFIC RAILROAD COMPANY'S REQUEST TO MODIFY THE PRETRIAL SCHEDULING ORDER TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE AND ORDER** |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation | |
| Defendant. | (Doc. 29) |

Defendant Union Pacific Railroad Company ("UPRR") respectfully requests the Court modify its Pretrial Scheduling Order (ECF No. 11) to continue the April 29, 2015 mandatory settlement conference with Magistrate Judge Jennifer L. Thurston until after the Court rules on UPRR's Motion for Summary Judgment, or Alternatively, Partial Summary Judgment.  (ECF No. 25) (the "Motion").  On March 2, 2015, UPRR filed the Motion and noticed a hearing for April 6, 2015.  Pursuant to Local Rule 230(c), Plaintiff's Opposition was due March 23, 2015, two weeks before the hearing date.  Plaintiff did not file an opposition to the Motion.  On March 30, 2015, UPRR filed a Reply regarding the Motion.  (ECF No. 26).  On March 31, 2015, the Court vacated the hearing and set the matter for decision on the papers.  (ECF No. 28).

Given Plaintiff's failure to oppose the Motion, UPRR respectfully requests the Court vacate the upcoming settlement conference and schedule it after the Court rules on the Motion.  This will help promote judicial economy because the parties will not be forced to attend a settlement conference while an unopposed summary judgment motion is pending.

DATED:  April 6, 2015

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   /s/ *Jill V. Cartwright*
      Charles L. Thompson, IV
      Jill V. Cartwright

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

**ORDER**

Because Defendant indicates it is not in a position to discuss settlement until after it receives a ruling on its dispositive motion, the April 29, 2015 settlement conference is **VACATED**.  If, in the future, the settlement posture of the case changes, counsel may file a joint request that a settlement conference be placed on calendar.

IT IS SO ORDERED.

Dated:   **April 6, 2015**                              **/s/ Jennifer L. Thurston**
                                                                     UNITED STATES MAGISTRATE JUDGE