William J. Smith, CA Bar No. 056116
wsmith@wjslawoffice.com
SMITH JOHNSON, INC.
5588 N. Palm Ave
Fresno, CA 93704
Telephone:     559.432.0986
Facsimile:     559.432.0988

Attorneys for Plaintiff,
TREVOR WEEKS

Charles L. Thompson, IV, CA Bar No. 139927
charles.thompson@ogletreedeakins.com
Jill V. Cartwright, CA Bar No. 260519
jill.cartwright@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:     415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TREVOR WEEKS<br><br>              Plaintiff,<br><br>       v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation<br><br>              Defendant. | Case No. 1:13-cv-01641-AWI-JLT<br><br>**STIPULATION AND ORDER TO VACATE OR CONTINUE TRIAL**<br><br>Complaint Filed:  October 10, 2013<br>Trial Date:            August 4, 2015 |

Plaintiff Trevor Weeks and Defendant Union Pacific Railroad Company ("UPRR") (collectively, the "Parties") submit this stipulation to vacate or continue the trial date.

Trial is currently set for August 4, 2015. (ECF Nos. 11 and 32). On March 2, 2015, in compliance with the Court's Pretrial Scheduling Order, UPRR filed its Motion for Summary Judgment, or Alternatively, Partial Summary Judgment. (ECF Nos. 25 and 32). Hearing on the

1   motion was set for April 6, 2015.  (ECF No. 32).  Plaintiff failed to timely file an Opposition and
2   the Court took the matter under submission.  (ECF No. 28).
3          On April 9, 2015, Plaintiff filed an *ex parte* application to extend time to file an Opposition.
4   (ECF No. 31-32).  On April 10, 2015, the Court granted Plaintiff's *ex parte* application and
5   permitted Plaintiff to file an Opposition to Summary Judgment.  (ECF No. 32).  In the Order, the
6   Court declined to reset the hearing date on the Summary Judgment Motion and indicated it would
7   only set the motion for hearing if it is necessary, after the Court reviews the papers.  (ECF No. 32).
8          On April 20, 2015, Plaintiff filed his Opposition to Summary Judgment.  (ECF No. 33).  On
9   April 27, 2015, UPRR filed its Reply to Plaintiff's Opposition to Summary Judgment.  (ECF No.
10  34).  Pursuant to the Court's April 10, 2015 Order, the motion is taken under submission by the
11  Court with no oral argument scheduled.
12         Given the uncertainty of when the Court may rule on the Motion, to promote judicial
13  economy, and to keep the parties from expending resources to prepare the case for trial when there
14  is uncertainty regarding the outcome of the Summary Judgment Motion, the parties respectfully
15  request the Court vacate the trial date or continue trial until after it is sure to rule on the Summary
16  Judgment Motion.  This request will promote judicial economy by freeing up the Court's calendar
17  to schedule trial in cases that are confirmed to need a trial, as well as not make the parties appear
18  for pretrial proceedings that are uncertain.  This request will also conserve the Parties' resources in
19  not having to prepare for trial when the case may be dismissed on Summary Judgment.
20         Given these reasons, the Parties respectfully request the Court vacate the August 4, 2015
21  trial date.  The Parties request the Court schedule a case management conference after it rules on
22  the summary judgment motion, and that the parties appear at the conference ready to set a trial
23  date.  In the event the Court grants UPRR's summary judgment motion, a case management
24  conference will not be necessary.
25      ///
26      ///
27      ///
28

                                                        Respectfully submitted,

DATED: May 4, 2015                    SMITH JOHNSON, INC.

                                            By:  /s/ *Williiam Smith* (as authorized on 5/1/15)
                                                      William J. Smith

                                            Attorneys for Plaintiff
                                            TREVOR WEEKS

DATED: May 4, 2015                    OGLETREE, DEAKINS, NASH, SMOAK &
                                            STEWART, P.C.

                                            By:  /s/ *Jill V. Cartwright*
                                                      Charles L. Thompson, IV
                                                      Jill V. Cartwright

                                            Attorneys for Defendant
                                            UNION PACIFIC RAILROAD COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

The trial date is vacated until after the Court rules on Defendant's Motion for Summary Judgment. (ECF 25). Court will schedule a case management conference after it decides Defendant's Motion for Summary Judgment and the parties shall be prepared to set a trial date at that case management conference.

IT IS SO ORDERED.

Dated: May 4, 2015                                         _____
                                                      SENIOR DISTRICT JUDGE