AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

TREVOR WEEKS
    Plaintiff (s),
V.
UNION PACIFIC RAILROAD COMPANY
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:13-cv-01641-AWI-JLT

Notice is hereby given that, subject to approval by the court, __Trevor Weeks__ substitutes
(Party (s) Name)

__KAY McKENZIE PARKER__, State Bar No. __143140__ as counsel of record in
(Name of New Attorney)

place of __WILLIAM J. SMITH, SMITH JOHNSON, INC.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | LAW OFFICES OF KAY McKENZIE PARKER |
| Address: | 2570 N. FIRST STREET, SUITE 200; SAN JOSE, CA 95131 |
| Telephone: | (408) 526-9622      Facsimile (408) 227-4522 |
| E-Mail (Optional): | kay@mckenzieparker.com |

I consent to the above substitution.
Date: 8/7/2015

_(Signature of Party (s))_

I consent to being substituted.
Date: 8/4/2015

/S/ James E. Parks
_(Signature of Former Attorney (s))_
JAMES E. PARKS SBA 69257 *Custodian of Client Records

I consent to the above substitution.
Date: 8/7/2015

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/13/15

_Jennifer L. Thurston_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]