# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR WEEKS,<br><br>Plaintiff<br><br>v.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>Defendant | CASE NO. 1:13-CV-1641 AWI JLT<br><br>ORDER EXTENDING BRIEFING SCHEDULE<br><br>(Doc. No. 52) |

On November 18, 2015, the Court granted Defendant's request to file a second summary judgment motion.  The Court set a meet and confer deadline of December 4, 2015, and a filing deadline for the summary judgment motion of January 4, 2016.  On December 28, 2015, Defendant requested a one week extension of time to file the summary judgment motion.  In light of the holiday season, and the fact that there is currently no trial date, the Court will grant Defendant's request.

Accordingly, IT IS HEREBY ORDERED that Defendant's request for an extension of time (Doc. No. 52) is GRANTED and the deadline for filing a second summary judgment is RESET to January 11, 2016.

IT IS SO ORDERED.

Dated:   December 29, 2015        _____

                                                    SENIOR  DISTRICT  JUDGE