1

2

3

4

5              **UNITED STATES DISTRICT COURT**

6              **EASTERN DISTRICT OF CALIFORNIA**

7

8    **TREVOR WEEKS,**                          **CASE NO. 1:13-CV-1641 AWI JLT**

9              **Plaintiff**

10   **v.**                                     **ORDER VACATING FEBRUARY 29,**
                                                **2016 HEARING AND ORDER FOR**
11   **UNION PACIFIC RAILROAD CO.,**            **ADDITIONAL BRIEFING**

12             **Defendant**

13

14

15          Currently set for hearing and decision on February 29, 2016 is Defendant's second motion

16   for summary judgment.  The Court has received an opposition, which is essentially a Rule 56(d)

17   motion for additional time and discovery.  The Court has also received a reply.

18          On January 25, 2016, Plaintiff filed a motion to amend.  See Doc. No. 56.  As part of that

19   motion, Plaintiff submitted his own declaration and the declaration of Cory Hood.  See id.  In

20   pertinent part, Plaintiff and Hood declare that two locomotive engineers, who had less seniority

21   than Plaintiff, were transferred from Bakersfield to Roseville with seniority and without the

22   involvement of the union.  See id. This information appears contrary to the notion that a transfer

23   to a different zone with seniority can only be accomplished through the permission of the union.

24   Cf. Doc. No. 43.  Although filed in connection with the motion to amend, it appears to the Court

25   that the declarations could have relevance to the issue of reasonable accommodation.  Therefore,

26   the Court intends to consider these declarations in connection with the second summary judgment

27   motion.  The Court will give Defendant the opportunity to file a supplemental reply that addresses

28

Plaintiff's and Hood's declarations.[1]  Furthermore, the Court will give Plaintiff the opportunity to file a sur-reply to Defendant's supplemental reply.

In order for the parties to have sufficient time to submit the additional briefing, the Court will vacate the currently set February 29, 2016 hearing date.


Accordingly, IT IS HEREBY ORDERED that:

1.    The February 29, 2016 hearing on Defendant's second motion for summary judgment is VACATED;

2.    Defendant may file a supplemental reply, as described above, within ten (10) days of service of this order;

3.    Plaintiff may file sur-reply to the supplemental reply within seven (7) days of service of the supplemental reply; and

4.    Once the Court has received the additional briefing, unless the Court determines that a hearing will be helpful, the Court will decide the matter on the submissions of the parties without oral argument.


IT IS SO ORDERED.

Dated:   February 22, 2016

_____

SENIOR  DISTRICT  JUDGE

---

[1] Defendant is free to make any "procedural" arguments that it may feel warranted with respect to Plaintiff's and Hood's respective declarations.  However, in addition to any "procedural" arguments, Defendant shall also make arguments that address the substance/merits of the information contained in the declarations.