# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TREVOR WEEKS,**<br><br>      **Plaintiff**<br><br>      **v.**<br><br>**UNION PACIFIC RAILROAD COMPANY,**<br><br>      **Defendants** | **CASE NO. 1:13-CV-1641 AWI SAB**<br><br>**ORDER VACATING TRIAL, PRE-TRIAL CONFERENCE, AND PARTIAL PRE-TRIAL ORDER AND order RESETTING TRIAL AND PRE-TRIAL CONFERENCE DATES** |

Trial in this matter is currently set for November 7, 2017. Following the grant of a motion for reconsideration, the Court issued an order that set a new pre-trial conference date for August 28, 2017. See Doc. No. 121. Included within the Partial Pre-Trial Order was a schedule for motions in limine. See id.

A criminal trial also is scheduled for November 7, 2017. Recently, it has been determined that the criminal matter will proceed to trial on November 7, 2017. Criminal trials have priority over all civil trials. Therefore, the Court must vacate the November 7, 2017 Trial Date, the August 28, 2017 Pre-Trial Conference Date, and the Partial Pre-Trial Order in this civil.

Trial in this matter will be reset to January 30, 2018, which is a date that was submitted to the Court by the parties. The pre-trial conference will be reset to December 8, 2017 at 1:30 p.m. A new pre-trial order, which will include a new motions in limine schedule, will be issued following the pre-trial conference. The parties will be required to file a joint pre-trial statement on or by November 1, 2017. The personal appearance of trial counsel will be required at the pre-trial conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The November 7, 2017 Trial Date, the August 28, 2017 Pre-Trial Conference Date, and the June 1, 2017 Partial Pre-Trial Order (Doc. No. 121) are VACATED;

2. The Trial Date is RESET to January 30, 2018 at 8:30 a.m. in Courtroom No. 2;

3. The Pre-Trial Conference Date is RESET to December 8, 2017 at 1:30 p.m. in Courtroom No. 2; and

4. On or by December 1, 2017, the parties shall file a joint pre-trial statement.[1]

IT IS SO ORDERED.

Dated: July 31, 2017

_____
SENIOR DISTRICT JUDGE

---

[1] As part of the process of preparing the joint pre-trial statement, the parties are encouraged to meet and confer regarding the jury instructions and verdict forms.