VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
aoffillklein@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR WEEKS,<br><br>  Plaintiff,<br><br>  v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>  Defendants. | Case No. 13-cv-01641-AWI-JLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENT**<br><br>[USDC Eastern District Local Rule 141]<br><br>Trial Confirmation: January 16, 2017<br>Time: 1:30 p.m.<br>Courtroom: 2, Judge Ishii<br>2500 Tulare Street<br>Fresno, CA 93721<br><br>Complaint Filed: October 10, 2013<br>Trial: January 30, 2018 |

Having reviewed defendant's Notice of Request to Seal Document, defendant's Request to Seal Document, and the proposed sealed document (a release agreement purportedly signed by plaintiff in connection with a previous lawsuit against defendant, which contains a confidentiality clause and which defendant seeks to attach as an exhibit to a motion in limine), and good cause appearing therefore, defendant's Request to Seal Document is hereby GRANTED. The release agreement SHALL BE SEALED for the duration of this litigation and cannot be unsealed without a subsequent order from this Court.

When defendant files its motion in limine regarding its prior settlement with plaintiff, defendant shall file the Release under seal, and ensure that a true and correct copy of the Release is provided to Plaintiff in preparation for the hearing on motions in limine.

IT IS SO ORDERED.

Dated:   December 21, 2017

_____
SENIOR DISTRICT JUDGE

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541