UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR WEEKS,<br><br>    Plaintiff<br><br>    v.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>    Defendant | CASE NO. 1:13-CV-1641 AWI JLT<br><br>ORDER ON PLAINTIFF'S REQUEST TO STRIKE NOTICES OF ATTORNEYS' LIENS<br><br>(Doc. No. 166) |

On February 8, 9, and 10, two of Plaintiff's former attorneys filed notices and amended notices of liens for services rendered against any recovery or settlement in Plaintiff's favor.[1] See Doc. Nos. 160, 163, 164, 165.

On February 12, 2018, Plaintiff's current counsel filed an ex parte application to strike each of the lien notices. See Doc. No. 166. As part of that application, Plaintiff states that if the Court will not strike the notices on its own, "Plaintiff would like to file a formal motion . . . on the grounds that the documents contain untrue, frivolous and scandalous statements that have no evidentiary support but are filed for improper purposes . . . ." Id.

At this time, the Court finds that a formal motion is advisable. As part of the motion, Plaintiff should include a discussion regarding the propriety and legal authority for his former attorneys to file the notice of lien in this Court.[2]

---

[1] On January 12, 2018, a notice of settlement had been filed. See Doc. No. 158.

[2] The Court is not limiting the content of Plaintiff's motion, rather the Court is requesting that this specific issue be addressed in addition to any other point that Plaintiff wishes to raise.

# **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's ex parte application (Doc. No. 166) is DENIED without prejudice to refiling a "formal motion";
2. Within ten (10) days of service of this order, Plaintiff may file a "formal motion" to strike the notices of liens by his formal counsel;'
3. Within seven (7) days service of Plaintiff's "formal motion," his former counsel may file an opposition to the motion; and
4. Within three (3) days of service of the opposition, Plaintiff may file a reply.[3]

IT IS SO ORDERED.

Dated: February 13, 2018

_____
SENIOR DISTRICT JUDGE

---

[3] The Court encourages Plaintiff and his former counsel to meet and confer regarding the liens.

2