# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR WEEKS,<br><br>    Plaintiff<br><br>  v.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>    Defendant | CASE NO. 1:13-CV-1641 AWI JLT<br><br>**ORDER VACATING MARCH 7, 2018 HEARING AND SETTING BRIEFING SCHEDULE** |

On February 12, 2018, Plaintiff filed an ex parte request to strike two attorneys' liens filed by two of his former counsel. See Doc. No. 166.

On February 13, 2018, the Court denied Plaintiff's request, but did grant Plaintiff permission (as alternatively requested) to file a formal motion to strike the lien notices. See Doc. No. 168. The Court set a briefing schedule, but did not set a hearing date. See id.

On February 24, 2018, Plaintiff filed a formal motion to strike the liens and set a hearing on the motion for March 7, 2018. See Doc. No. 169.

On February 26, 2018, Plaintiff filed an amended motion to strike. See Doc. No. 170. The amended motion is significantly different from the original motion. Given the substantial new arguments raised in the amended motion, the Court will accept the amended motion, alter the briefing schedule, and vacate the March 7 hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. Former counsel Parnell Fox and David Doyle may file an opposition to Plaintiff's amended motion to strike on or by March 5, 2018;

2. Plaintiff may file a reply on or by 3:00 p.m. on March 9, 2018; and

3. The March 7, 2018 hearing date is VACATED.[1]

IT IS SO ORDERED.

Dated: February 27, 2018

SENIOR DISTRICT JUDGE

---

[1] If, after reviewing the papers, the Court determines that a hearing would be helpful, the Court at that time will set a hearing date.

2