# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR WEEKS,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>　　　　Defendant | CASE NO. 1:13-CV-1641 AWI JLT<br><br>ORDER ON EX PARTE REQUETS FOR TEMPORARY STAY OF ORDER<br><br>(Doc. No. 196) |

On March 14, 2018, the Court issued an order that terminated Weeks's counsel Kay Parker, acknowledged the withdrawal of a motion to strike, and ordered the filing of status reports. See Doc. No. 195.

On March 16, 2018, Parker filed an ex parte application for a "temporary stay order allowing deposit of disputed attorney's into commingled unmonitored account of claimant pending motion for modification pursuant to FRCP 59 or alternatively for order directing deposit of fund into separate account or deposit into account." Doc. No. 196. The docket notes that it is filed on behalf of Weeks.

The Court will deny the motion. First, the caption is misleading in that it misrepresents what the Court's prior order did. While the Court indicated that there appeared to be nothing improper about Mullanax receiving the disputed attorneys' fees because he was aware of the dispute, attempting to resolve the dispute, and appears to be aware of the significance of the liens, the Court did not order that anything be done with the fees. Second, there is obvious distrust between Parker and Mullanax, but distrust is no reason for the Court to insert itself into this ancillary dispute. Third, like Parker's previous motions, there is no meaningful citation to authority and she continues to neglect to address the Court's citations and rationale regarding

declining to exercise ancillary jurisdiction.[1]  Parker's continued applications to the Court warning of imminent payment of fees is not a reason for the Court to insert itself into this dispute.  Further unsupported motions that either request the same relief previously denied or that merely state that Parker intends to file some motion in the future will result in a summary denial and the striking of the filing.  Additionally, because Parker no longer represents Weeks, further filings by Parker should not indicate that the filings are on behalf of Trevor Weeks.

Finally, the Court received a status report from Mullanax on March 14, 2018.  The deadline for the status report is today.  After Mullanax filed the status report, the Court issued its order regarding Weeks's representation.  Mullanax should refile a new status report in light of this order and the Court's March 14, 2018 order.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Parker's ex parte request to stay (Doc. No. 196) is DENIED; and
2. Weeks's counsel Greg Mullanax shall file a new status report as soon as possible, but no later than 1:00 p.m. on March 21, 2018.

IT IS SO ORDERED.

Dated:  March 19, 2018                    _____
                                           SENIOR DISTRICT JUDGE

---

[1] Citing two rules of civil procedure without elaboration is insufficient.

2